1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 08 - MJ - 0 1 6 8  DAD

In re Search Warrant,         )   Misc no.
                              )
                              )   ORDER
        [sealed]              )
_____)

For the reasons set forth in the declaration of Brian Korbs, the Court hereby orders that: the affidavit to the Criminal Complaint and Search Warrant, the relevant face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, are sealed.  They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED:  May 7    , 2008

                              _____
                              HON. DALE A. DROZD
                              U.S. Magistrate Judge

4