**FILED**

May 8, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 08-0168-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MICHAEL IAN GO LARGENT, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN JOSEPH SORIA, Case No. MAG.

08-0102-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Unsecured Appearance Bond

    _____   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   05/08/08   at 2:54pm.

By _____

Edmund F. Brennan
United States Magistrate Judge