```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  MICHAEL LARGENT

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00236 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| MICHAEL LARGENT, ) | |
| Defendant. ) | Date:  June 19, 2008 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's June 19, 2008, calendar, that it be continued until August 7, 2008, at 9:00 a.m., and that time be excluded between June 19, 2008, and August 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii)&(iv). Local Codes T-2 & T-4.

///

1   This continuance is sought in order to permit further discussion
2  between counsel and consultation with Mr. Largent regarding a proposed
3  disposition of this case and of a pending investigation in the Northern
4  District of California identified to counsel by the government.

5  **IT IS SO STIPULATED**.

7  Dated: June 18, 2008          /S/ Robin Taylor
                                 ROBIN TAYLOR
8                                Assistant United States Attorney
                                 Counsel for Plaintiff

10
11 Dated: June 18, 2008          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
12                               Counsel for Defendant
                                 Michael Largent

14                              **O R D E R**

16  **IT IS SO ORDERED.**

17  Dated: June 18, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2