```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR S-08-236 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL GO LARGENT, ) | |
| ) | DATE: September 4, 2008 |
| Defendant. ) | TIME: 9:00 a.m. |
| _____ ) | CTRM: Honorable Morrison C. England |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Largent, through his counsel of record, Chet Templeton, hereby submit this stipulation and proposed order resetting the status conference scheduled for August 7, 2008, to September 4, 2008, at 9:00 a.m.

Counsel further request that time be excluded from August 7, 2008, to September 4, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Templeton represented that he needed time review discovery, other evidence, and to confer with his client. The

1  defendant is is aware of the request for continuance and approves of
2  it.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 7, 2008            By:    /s/ Robin Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: August 7, 2008            By:    /s/ Chet Templeton
                                        CHET TEMPLETON
                                        Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2