JUSTIN T. MIXON, CSBN 233198
Defense Attorney
713 9TH Street, Suite D, 3 FL
Sacramento,  California 95814
Telephone: (916) 444 -2960


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR S-08-236   MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RESETTING STATUS |
| | ) | CONFERENCE AND |
| v. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| MICHAEL GO LARGENT, | ) | DATE:  September 25, 2008 |
| | ) | TIME:  9: 00 a.m |
| Defendant . | ) | CTRM: Honorable Morrison C.England |
| _____ | ) | |

Michael Go Largent, through counsel of record, Justin T. Mixon, and

The United States of America, through counsel of record, Robin Taylor

hereby submit this stipulation and proposed order resetting the status conference

scheduled for September 4, 2008, to September 25, 2008, at 9:00 a.m.

Counsel further request that the time be excluded from September 4, 2008, to

September 25, 2008, from computation of the time within which the trial of this

case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4

– to give counsel reasonable time to prepare). Mr. Templeton and Mr. Mixon

//

//


Page - 1

represent that they are both in trial in Sacramento County Superior Court.  The defendant is aware of the request for continuance and approves of it.

Respectfully Submitted,

JUSTIN T. MIXON
Defense Attorney

Dated: September 3, 2008

By :  __/s/ Robin Taylor_____
ROBIN R. TAYLOR
Assistant U.S Attorney

Dated: September 3, 2008

By :  __/s/ Justin Mixon_____
JUSTIN T. MIXON
Attorney for Defendant

**ORDER**

For good cause shown above, **IT IS SO ORDERED.**

**DATED:** September 3, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE