JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927
jmixon@sacdefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR S-08-236   MCE |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| | ) | RESETTING STATUS |
| | ) | CONFERENCE AND |
| v. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| MICHAEL GO LARGENT, | ) | DATE:  September 25, 2008 |
| | ) | TIME:  9: 00 a.m |
| Defendant . | ) | CTRM: Honorable Morrison C.England |
| _____ | ) | |

Michael Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Robin Taylor hereby submit this stipulation and proposed order resetting the status conference scheduled for September 25, 2008, to November 13, 2008, at 9:00 a.m.

Counsel further request that the time be excluded from September 25, 2008, to November 13, 2008, from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare). Mr. Mixon represent that he and AUSA Robin Taylor are diligently working towards a resolution on this matter.  The defendant is aware of the request for continuance and approves of it.

Page - 1

```
                                        Respectfully Submitted,

                                        /s/ Justin Mixon

                                        JUSTIN T. MIXON
                                        Defense Attorney
```

Dated: September 24, 2008

By : __/s/ Robin Taylor_____
    ROBIN R. TAYLOR
    Assistant U.S Attorney

Dated: September 24, 2008

By : __/s/ Justin Mixon_____
    JUSTIN T. MIXON
    Attorney for Defendant

**ORDER**

For good cause shown above, **IT IS SO ORDERED.**

DATED: September 24, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com