JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR S-08-00236-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RESETTING STATUS |
| | ) | CONFERENCE AND |
| v. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| MICHAEL GO LARGENT, | ) | DATE:  September 25, 2008 |
| | ) | TIME:  9: 00 a.m |
| Defendant . | ) | CTRM: Honorable Morrison C.England |
| _____ | ) | |

Michael Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Robin Taylor hereby submit this stipulation and proposed order resetting the status conference scheduled for November 13, 2008, to December 11, 2008, at 9:00 a.m.

Counsel further request that the time be excluded from November 13, 2008 to December 11, 2008 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare). Defense counsel received the negotiated plea agreement on November 7, 2008 and needs additional time to review the negotiated plea agreement with the defendant. The defendant is aware of the request for continuance and approves of it.

                    Respectfully Submitted,

                    /s/ Justin Mixon

                    JUSTIN T. MIXON
                    Defense Attorney

Dated: November 12, 2008

                By :   /s/ Robin Taylor
                      ROBIN R. TAYLOR
                      Assistant U.S Attorney

Dated: November 12, 2008

                By :   /s/ Justin Mixon
                      JUSTIN T. MIXON
                      Attorney for Defendant

## **ORDER**

For good cause shown above, IT IS SO ORDERED.

DATED:  November 14, 2008

                  _____
                  MORRISON C. ENGLAND, JR
                  UNITED STATES DISTRICT JUDGE