JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

Attorney for Defendant
Michael Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL GO LARGENT, ) <br> ) <br> Defendant, ) <br> _____) | Case No. 2:08-cr-00236-MCE <br><br> STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> DATE:  December 11, 2008 <br> TIME:  9: 00 a.m <br> CTRM: Honorable Morrison C.England |

    Michael Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Robin Taylor hereby submit this stipulation and proposed order resetting the status conference scheduled for December 11, 2008, to January 29, 2009 at 9:00 a.m.

    Counsel further request that the time be excluded from December 11, 2008 to January 29, 2009 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare).  Defense counsel anticipates being engaged in a jury trial on December 11, 2008 in

PDF created with pdfFactory trial version www.pdffactory.com

Sacramento County, Case # 08M00791 (People v. Jerry Melger).  The defendant is aware of the request for continuance and approves of it.

                                                Respectfully Submitted,

                                                /s/ Justin Mixon

                                                JUSTIN T. MIXON
                                                Defense Attorney

Dated: December 11, 2008
                                    By :   /s/ Robin Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S Attorney

Dated: December 11, 2008
                                    By :    /s/ Justin Mixon
                                          JUSTIN T. MIXON
                                          Attorney for Defendant

                                                 **ORDER**

For good cause shown above, **IT IS SO ORDERED.**

**DATED:** December 9, 2008

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE