JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

Attorney for Defendant
Michael Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR S-08-236   MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | RESETTING STATUS |
| ) | CONFERENCE AND |
| v. ) | EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| ) | |
| MICHAEL GO LARGENT, ) | DATE: January 29, 2009 |
| ) | TIME:  9: 00 a.m |
| Defendant, ) | CTRM: Honorable Morrison C.England |
| _____) | |

   Michael Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Matthew Segal hereby submit this stipulation and proposed order resetting the status conference scheduled for January 29, 2009 to February 26, 2009 at 9:00 a.m.

   Counsel further request that the time be excluded from January 29, 2009 to February 26, 2009 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare).  This is a mutual request to continue the matter so as to allow the new attorney of record, AUSA Matthew Segal time to prepare and for resolution.   The defendant is aware of the request for continuance and approves of it.

Page - 1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

/s/ Justin Mixon

JUSTIN T. MIXON  
Defense Attorney

Dated: January 23, 2009

By : ___/s/ Matthew Segal_____  
Matthew Segal  
Assistant U.S Attorney

Dated: January 23, 2009

By : ___/s/ Justin Mixon_____  
JUSTIN T. MIXON  
Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: January 26, 2009

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE