JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

Attorney for Defendant
Michael Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>MICHAEL GO LARGENT,<br><br>               Defendant,<br>_____ | )<br>)   2:08-cr-00236-MCE<br>)<br>)   STIPULATION AND ORDER<br>)   RESETTING STATUS<br>)   CONFERENCE AND<br>)   EXCLUDING TIME UNDER THE<br>)   SPEEDY TRIAL ACT<br>)<br>)   DATE:  March 26, 2009<br>)   TIME:  9: 00 a.m<br>)   CTRM: Honorable Morrison C.England<br>) |

Michael Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Matthew Segal hereby submit this stipulation and proposed order resetting the status conference scheduled for March 26, 2009 to April 30, 2009 at 9:00 a.m.

Counsel further request that the time be excluded from March 26, 2009 to April 30, 2009 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare). This is a mutual request to continue the matter for attorney preparation. The defendant is aware of the request for continuance and approves of it.

Respectfully Submitted,

/s/ Justin Mixon

JUSTIN T. MIXON
Defense Attorney

Dated: March 26, 2009

By : ___/s/ Matthew Segal_____
Matthew Segal
Assistant U.S Attorney

Dated: March 26, 2009

By : ___/s/ Justin Mixon_____
JUSTIN T. MIXON
Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED:   March 26, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE