1  JUSTIN T. MIXON, CSBN 233198
   Criminal Defense Attorneys of Sacramento
2  713 9TH Street, Suite D, 3 FL
3  Sacramento, California 95814
   Telephone: (916) 444 -2960
4  Fax: (916) 676-4927

5  Attorney for Defendant
6  Michael Ian Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR S-08-236 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RESETTING STATUS |
| | ) | CONFERENCE AND |
| v. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| MICHAEL IAN GO LARGENT, | ) | DATE: May 13, 2009 |
| | ) | TIME: 9: 00 a.m |
| Defendant, | ) | CTRM: Honorable Morrison C. England |
| _____ | ) | |

    Michael Ian Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Matthew Segal hereby submit this stipulation and proposed order resetting the status conference scheduled for May 13, 2009 to May 21, 2009 at 9:00 a.m.

    Counsel further request that the time be excluded from May 13, 2009 to May 21, 2009 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare).

- 1 -

This is a defense request to continue the matter for attorney preparation. The defendant is aware of the request for continuance and approves of it.

              Respectfully Submitted,

              /s/ Justin Mixon

                JUSTIN T. MIXON
                Defense Attorney

Dated: May 12, 2009
              By : ___/s/ Matthew Segal_____
                 Matthew Segal
                 Assistant U.S Attorney

Dated: May 12, 2009
              By : ___/s/ Justin Mixon_____
                 JUSTIN T. MIXON
                 Attorney for Defendant

               **ORDER**

  For good cause shown above,

  **IT IS SO ORDERED.**

**DATED:** May 18, 2009

              _____
              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE