JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

Attorney for Defendant
Michael Ian Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00236-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AS TO DEFENDANT'S |
| | ) | SPECIAL CONDITIONS OF RELEASE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL IAN GO LARGENT, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

Michael Ian Go Largent, through counsel of record, Justin T. Mixon, and the United States of America, through counsel of record, Matthew Segal herby submit this stipulation and proposed order herby instituting the following special conditions of release upon the defendant as related to his use of a computer and internet access for employment purposes.

1. You shall only access the Internet on one computer and no other computer, unless approved in advance by the pretrial services officer;

2. You shall possess only one computer at your place of residence and at no other location. You shall allow the pretrial services officer to install monitoring software on that computer, as approved by the Court, and you shall not remove, tamper with or in any way circumvent the software;

3. You shall submit your computer to random searches conducted by the pretrial services officer at reasonable times and in a reasonable manner to ensure

compliance with your conditions of release; failure to submit to a search may be grounds for revocation; you shall warn any other users that your computer equipment may be subject to searches pursuant to this condition;

4. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.

5. Any violations of this agreement shall constitute a violation of your pretrial release.

Respectfully Submitted,

/s/ Justin Mixon

JUSTIN T. MIXON
Defense Attorney

Dated: May 21, 2009

By : __/s/ Matthew Segal_____
Matthew Segal
Assistant U.S Attorney

Dated: May 21, 2009

By : ___/s/ Justin Mixon_____
JUSTIN T. MIXON
Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: May 26, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE