LAWRENCE G. BROWN
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:08-CR-236 MCE |
| --- | --- | --- |
|  | ) | 2:09-CR-001 MCE |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | UNITED STATES' SENTENCING |
|  | ) | MEMORANDUM |
| MICHAEL IAN GO LARGENT, | ) |  |
|  | ) | DATE: Sept. 17, 2009 |
| Defendant. | ) | TIME: 9:00 a.m. |
|  | ) | COURT: Hon. Morrison C. |
| _____ | ) | England, Jr. |

The United States submits this brief Sentencing Memorandum to request that the Court sentence the Defendant to 15 months imprisonment. This is the bottom of the Guidelines Range agreed upon by the Parties. It is 44% less than the Guidelines Range calculated in the PSR and 17% less than the Booker sentence recommended in the PSR.

The reason for the difference is that the Plea Agreement stipulates a lower Guideline range than the PSR calculates. Compare Plea Agreement ¶ VI.C. with PSR ¶ 70. The PSR finds a slightly higher loss amount and gives the Defendant a two-level-higher Offense Level. PSR ¶ 28. The PSR also gives a two-level adjustment for sophisticated means. PSR ¶ 29. The PSR explains these differences at ¶ 63. Having agreed upon certain Guidelines

1 variables, the Parties also agreed to forgo arguments in favor of
2 departures or variances.  Plea Agreement ¶ VI.E.
3      The United States respects the PSR's judgment and
4 acknowledges that it is in the range of reasonable sentencing for
5 the facts of this case.  Still, the Government submits that 15
6 months is the right sentence, whether the Court considers this a
7 § 3553 variance or some kind of departure.

```
                                        Respectfully Submitted,
                                        LAWRENCE G. BROWN
                                        United States Attorney


DATED:  September 16, 2009    By:  /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney
```