```
                       UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.
```

UNITED STATES OF AMERICA,                    No. 2:08-cr-00236-MCE

      Plaintiff,

  v.                                         **MINUTES**

MICHAEL LARGENT,                             Date: 9/17/2009
                                        Deputy Clerk: S. Deutsch
      Defendant.                     Reporter: D. Shepard
_____/

**Counsel for the Government**:
      Matthew Segal, Assistant U.S. Attorney

**Counsel for Defendant**:
      Justin Mixon, Retained

**Defendant**: [X] Present   [X] Not in custody

**[X] JUDGMENT AND SENTENCING**:

Defendant addressed the Court.  The Court imposed the following sentence as to Counts 1 and 2 of the Indictment.

**Imprisonment**: 15 months each as to Counts 1 and 2 of the Indictment to be served concurrently and to be served concurrently with the sentence in Docket Number 2:09-cr-00001, for a total term of 15 months
**TSR**: 36 months as to Counts 1 and 2 of the Indictment to be served concurrently with the sentence in Docket Number 2:09-cr-0001, for a total term of 36 months
**S/A**: $200.00 due immediately
**Recommendation**: Northern California
**Restitution**: $202,073.44 due immediately
**Fine**: Waived
**Right to Appeal Given**: Waived
**Other**: Counts 3-12 of the Indictment were dismissed by the Court on motion of the Government.

The Court ordered the defendant to self surrender not later than 2:00 p.m. on November 20, 2009 to the institution designated by the Bureau of Prisons or to the United States Marshal Service in Sacramento, California.


**TIME IN COURT**: 20 minutes